UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| ORACLE INTERNATIONAL CORPORATION and ORACLE AMERICA, INC., Plaintiffs-counter-defendants - Appellees, v. RIMINI STREET, INC. and SETH RAVIN, Defendants-counter-claimants - Appellants. | No. 23-16038 D.C. No. 2:14-cv-01699-MMD-DJA U.S. District Court for Nevada, Las Vegas **ORDER** |
|---|---|

This case is RELEASED from the Mediation Program.

Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions while the appeal is pending.

FOR THE COURT:

Steven J. Saltiel
Circuit Mediator

cl/mediation