UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION; ORACLE AMERICA, INC., <br><br> Plaintiffs-counter-defendants-Appellees, <br><br> v. <br><br> RIMINI STREET, INC.; SETH RAVIN, <br><br> Defendants-counter-claimants-Appellants. | No. 23-16038 <br><br> D.C. No. 2:14-cv-01699-MMD-DJA <br> District of Nevada, Las Vegas <br><br> ORDER |

After the notice of appeal was filed, a timely motion listed in Federal Rule of Appellate Procedure 4(a)(4) was filed in the district court. Appellate proceedings are therefore held in abeyance until the district court decides the pending motion. *See* Fed. R. App. P. 4(a)(4); *Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994); *Tripati v. Henman*, 845 F.2d 205, 206 (9th Cir. 1988).

To challenge the district court's ruling on the motion, appellants must file an amended notice of appeal within the time set by Federal Rule of Appellate

Procedure 4.

The Clerk will serve this order on the district court.

> FOR THE COURT:
>
> MOLLY C. DWYER
> CLERK OF COURT